THE HANOVER INSURANCE COMPANY v. J. DILEO
AGENCY, INC.

October 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVISSON McMILLIAN.

October 6, 1981.

Petition for certification denied.

BACHE HALSEY STUART SHIELDS, INC.
v. FRANCIS MARINCOLA.

October 6, 1981.

Petition for certification denied.

IN THE MATTER OF THE ESTATE OF CLIFFORD F.
MacEVOY, DECEASED.

October 13, 1981.

Certification is granted, the judgment of the Appellate Division is summarily reversed and the matter is remanded to that court for an award of counsel fees. Jurisdiction is not retained.